196 So. 138

## The W. T. RAWLEIGH CO. v. S. W. CONE.

### 7 Div. 628.

Supreme Court of Alabama.

May 16, 1940.

Victor Vance, of Gadsden, for petitioner.

A. M. Rains, of Gadsden, opposed.

PER CURIAM.

Petition of the W. T. Rawleigh Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of the W. T. Rawleigh Co. v. Cone, 196 So. 137.

While not agreeing with the Court of Appeals that a proper judgment in such a case is not appealable, we deny the writ for other reasons stated by the Court of Appeals.

GARDNER, C. J.; and THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.